IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SAMUEL A. McCORMICK,           ) | |
| #284527,                       ) | |
|                                ) | |
|     Plaintiff,                 ) | |
|                                ) | CIVIL ACTION NO. |
|     v.                         ) | 2:14cv971-MHT |
|                                ) | (WO) |
| KATHENA BARNES,                ) | |
|                                ) | |
|     Defendant.                 ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit against his former defense counsel's legal assistant for alleged fraud and misrepresentation during state criminal proceedings by submission of a 'waiver of arraignment' and 'plea of not guilty' absent verification of plaintiff's signature.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  Also before the court are plaintiff's

objections to the recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted. The plaintiff's claims provide no basis for relief in federal court.

An appropriate judgment will be entered.

DONE, this the 14th day of October, 2014.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**