IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
SAMUEL A. McCORMICK,      )
#284527,                  )
                          )
    Plaintiff,            )
                          )       CIVIL ACTION NO.
    v.                    )         2:14cv971-MHT
                          )             (WO)
KATHENA BARNES,           )
                          )
    Defendant.            )
```

**JUDGMENT**

In accordance with the memorandum opinion entered on this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

    (1) Plaintiff's objections (doc. no. 9) are overruled.

    (2) The United States Magistrate Judge's recommendation (doc. no. 8) is adopted.

    (3) Plaintiff's motion for summary judgment (doc. no. 5) is denied.

**(4) This lawsuit is dismissed without prejudice.**

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 14th day of October, 2014.

                   /s/ Myron H. Thompson
                   **UNITED STATES DISTRICT JUDGE**